# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-1089

_____

Wagner A. Monterroso Divas

*Petitioner*

v.

Jefferson B. Sessions, III, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: October 24, 2017
Filed: October 30, 2017
[Unpublished]

_____

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

Wagner A. Monterroso Divas challenges the Board of Immigration Appeals denial of withholding of removal. Having jurisdiction under 8 U.S.C. § 1252(a), this court denies the petition for review.

Divas argues that as a former pharmaceutical delivery driver, he is a member of a discrete social group in Guatemala. *See* 8 U.S.C. § 1231(b)(3)(A). This court declines to reach that issue but addresses an alternative, independently sufficient reason the Board of Immigration Appeals ruled against him: he did not prove the persecution he claims to have suffered at the hands of gang members was attributable to the Guatemalan government. *See, e.g.*, *Menjivar v. Gonzales*, 416 F.3d 918, 921 (8th Cir. 2005) ("The BIA has adopted, and we have approved as reasonable, a definition of 'persecution' that requires a harm to be inflicted either by the government of a country or by persons or an organization that the government was unable or unwilling to control." (quotation and brackets omitted)).

The petition for review is denied.

_____